18 So.3d 124 (2009)
Yvonne HILL OBO Amanda BYRD
v.
LOUISIANA STATE UNIVERSITY HEALTH AND SCIENCES CENTER SHREVEPORT, Dr. Ibraham Hassan and Dr. Donald Beam.
No. 2009-CC-1421.
Supreme Court of Louisiana.
October 2, 2009.
Denied.
KNOLL, J., additionally concurs with reasons. See generally Hamilton v. Royal International Petroleum Corp., 05-0846 (La.2/22/06), 934 So.2d 25; Carter v. Duhe, 05-0390 (La.1/19/06), 921 So.2d 963.
GUIDRY, J., would grant.